OPINION — AG — UNDER THE PROVISIONS OF 62 O.S. 1971 371 [62-371] AND 70 O.S. 1971, 5-124 [70-5-124], A BOARD OF EDUCATION MAY NOT LAWFULLY PURCHASE WATER FROM A RURAL WATER DISTRICT WHICH EMPLOYS A MEMBER OF THE BOARD OF EDUCATION AS A SALARIED MANAGER OF THE WATER DISTRICT. UNDER THESE SECTIONS, A BOARD OF EDUCATION MAY NOT MAKE AN OCCASIONAL PURCHASES OF MATERIALS AND SUPPLIES IN THE OPEN MARKET FROM A FIRM OR COMPANY THAT EMPLOYS ONE OF THE MEMBERS. (CONFLICT OF INTEREST) CITE: 82 O.S. 1976 Supp., 1324.1 [82-1324.1], 82 O.S. 1976 Supp., 1324.6 [82-1324.6], 82 O.S. 1976 Supp., 1324.3 [82-1324.3] [82-1324.3], OPINION NO. 74-181, OPINION NO. JUNE 11, 1964 — FOSTER (R. THOMAS LAY) ** SEE OPINION NO. 91-651 (1991) ** SEE OPINION NO. 87-518 (1987) **